# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff. | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Orlando Timothy Hale, a/k/a | ) | |
| Orlando Timothy Benvin, | ) | Case No. 1:17-cr-099 |
| | ) | |
| Defendant. | ) | |

On April 25, 2017, the Government filed an Information charging defendant with the offenses of theft in Indian country and fraudulent representation about receipt of military decorations or medals. It also filed a "Request for Summons on Filing of an Information."

FBI Bruce Bennett's affidavit establishes probable cause to believe that defendant may have committed offenses charged in the Information. Accordingly, court **GRANTS** the Government's "Request for Summons on Filing of an Information" and authorizes the Clerk's office to issue a summons for defendant. See Fed. R. Civ. P. 9(a).

**IT IS SO ORDERED.**

Dated this 28th day of April, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court